# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0052

# M E M O R A N D U M

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *United States of America v. Derrick James Miller*  
Criminal No. RWT-11-441

DATE: September 27, 2011

\* \* \* \* \* \* \* \* \*

Due to a change in the Court's calendar, the sentencing scheduled for **December 21, 2011 at 2:30 p.m.** is hereby **RESCHEDULED** for **December 21, 2011 at 3:00 p.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/  
Deborah K. Chasanow for Roger W. Titus  
United States District Judge